Case 1:26-mj-00124-EPG Document 1 Filed 10/22/26 Page 1 of 10

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

FILED
Oct 22, 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SEALED

United States of America
v.
MICHAI ADAMS

Defendant(s)

Case No. **1:26-mj-00124-EPG**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 22, 2026 in the county of Fresno in the Eastern District of California, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. Section 922(g)(1) | Felon in Possession of Firearm<br><br>Penalties: maximum of 15 years in prison, fine of up to $250,000; or both fine and imprisonment; up to 3 years of supervised release; $100 special assessment |

This criminal complaint is based on these facts:

See Attached Affidavit of FBI Task Force Officer Brandon Thompson, attached hereto and incorporated herein.

☑ Continued on the attached sheet.

Brandon Thompson

*Complainant's signature*

Brandon Thompson FBI TFO

*Printed name and title*

Affidavit submitted to me by reliable electronic means and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1, 4(d), and 41(d)(3).

Date: **Oct 22, 2026**

Erica P. Grosjean

*Judge's signature*

City and state: Fresno, California

Hon. Erica P. Grosjean U.S. Magistrate Judge

*Printed name and title*

ERIC GRANT
United States Attorney
KAITLYN TOBIN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAI ADAMS<br><br>Defendant. | CASE NO.<br><br>AFFIDAVIT IN SUPPORT OF COMPLAINT<br><br>**FILED UNDER SEAL** |

I, Brandon Thompson, being first duly sworn under oath, depose and say:

## I. INTRODUCTION

1. I make this Affidavit in support of a complaint and arrest warrant charging **Michai ADAMS** for violation Title 18, United States Code, Section 922(g)(1), Possession of a firearm and/or ammunition by a felon

2. Michai ADAMS is a Case Criminal Street gang member who possessed a firearm and ammunition despite being a prohibited person.

3. The information set forth in this affidavit is not intended to detail each and every fact and circumstance of the investigation or all the information known to me and other law enforcement investigators. Rather, this affidavit serves only to establish probable cause for the criminal complaint and requested arrest warrant for **MICHAI ADAMS.**

## II. Agent Experience

4. I am an "Special Federal Officer / Special Deputy-US Marshal" within the meaning of Title 21 and Title 18, United States Code, Section 878 that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, and Title 21, United States Code.

5. I am a Detective with the California Highway Patrol (CHP) and a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI). I have been employed as a Peace Officer[1] with the California Highway Patrol since April 2011. I received basic law enforcement instruction at the CHP Academy from approximately October 2010 through April 2011. I have been assigned to the Homeland Security Task Force (HSTF) in Fresno, CA since November 2025.

6. Prior to my current assignment at the FBI, I was assigned to the Multi-Agency Gang Enforcement Consortium (MAGEC) in Fresno County, CA from January of 2024 to November of 2025. This assignment consisted of conducting large scale investigations into the criminal network of gang members as defined in California Penal Code section(s) 186.22.

7. Prior to my assignment at MAGEC, I worked as an investigator for the California Highway Patrol with case work that encompassed property and violent crimes occurring on State of California property.

8. I am currently assigned to the FBI Sacramento Division – Fresno Resident Agency Violent Crime Squad, and work with the Homeland Security Task Force (HSTF). I investigate violations of Titles 18 and 21 of the United States Code and Title 28 of the Federal Code of Regulations.

9. As a Detective and TFO, I have investigated and wiretapped numerous members and associates of criminal street gangs in California's Central Valley, spoken with numerous criminal street gang members, cooperators, witnesses, confidential human sources ("CHSs"), and defendants, and reviewed legal documents and reports describing various Fresno-based street gangs and prison gangs and their activities. Specifically, I have obtained intelligence regarding criminal prison gangs, criminal street gangs, drug trafficking, illegal firearms trafficking, and human trafficking. Additionally, I have

---

[1] Per 830.2(a) of the California Penal Code.

previously participated in several wiretaps involving Bulldog criminal street gangs and African-American criminal street gangs and other various criminal street gangs in California's Central Valley area. As part of those investigations, I reviewed tens of thousands of gang-related calls and messages and have authored numerous affidavits supporting complaints, residential search warrants, pen register/trap and trace orders, precision location warrants, vehicle trackers, Title III wiretap orders, and Title III audio listening device orders based on that intelligence. Based on these experiences, I am aware of common themes, slang, and *modus operandi* of gangs in California's Central Valley and the general manner in which these gangs operate.

10. I have participated in the prosecution of Racketeer Influenced and Corrupt Organization Act ("RICO") violations targeting criminal street gangs and criminal prison gangs in this judicial district since January 2024. I am familiar with street- and leadership-level "tax" collection activities of these gangs, specifically those which involve drug trafficking, illegal firearms trafficking, and violent activity in furtherance of their goals.

//

//

11. I am familiar with the types and amount of profits made by firearms traffickers and gun traffickers and the methods, language, and terms which are used to disguise the source and nature of the profits from their illegal dealings. These methods include the use of telephones, cellular telephones, wireless communication technology, counter surveillance, elaborately planned smuggling schemes tied to legitimate businesses, false or fictitious identities, and the use of coded or vague communications in an attempt to thwart law enforcement interference with illegal transactions. I have also surveilled and observed gang members and contraband traffickers at length and have discussed with other experienced investigators the lifestyle, appearances, and habits and methods of gang members and contraband traffickers. I have also previously participated in investigations that utilized multiple Title III wiretaps and/or audio listening devices and am familiar with various investigative methods used in conjunction with Title III methods.

12. Additionally, I have become knowledgeable about the investigative techniques that are

useful and viable in investigations involving criminal street gangs and contraband traffickers and those that are not. I have also consulted with other investigators who have extensive training and experience in criminal street gangs and financial investigations. I have executed numerous search warrants for gang and narcotics investigations, seeking evidence of the trafficking of controlled substances, weapons violations, gang indicia, and violent crimes. I have participated in multiple gang, narcotic, firearms, and human trafficking investigations which utilized court-ordered interceptions of wire, electronic, and/or oral communications to assist in dismantling violent criminal street gangs and drug and/or firearms trafficking organizations.

13. During my review of monitoring and review of legally intercepted phone calls, text messages, social media postings, social media messages, and oral conversations in previous cases, I have noted several slang terms used in reference to illegally-obtained items or illegally-possessed items. I have learned that the purpose of the use of slang during phone calls, social media messages, and text messages is to obstruct law enforcement in their investigations.

//

//

//

14. Except where otherwise noted, the information set forth in this affidavit has been provided to me by other law enforcement agents who have assisted in the investigation. Unless otherwise noted, wherever in this affidavit I assert that a statement was made, the statement was made by another law enforcement officer (any of whom may have had either direct or hearsay knowledge of that statement) to whom I or other law enforcement officers have spoken or whose reports I have read and reviewed. Such statements are reported in substance and in part, unless otherwise indicated

15. Since this affidavit is being submitted for the limited purpose of securing a complaint and arrest warrant, I have not included details of every aspect of this investigation to date in describing the probable cause for issuance of this warrant. Facts not set forth herein are not being relied on in reaching my conclusion that a warrant should be issued. Nor do I request that this Court rely on any facts not set forth herein in reviewing this complaint.

### B. Summary of Investigation

16. On September 22, 2026, members of the California Highway Patrol conducted a search of **Michai ADAMS** residence located at 5012 W. Athens Avenue, Fresno, CA. During this search, **ADAMS** was found to possess a firearm, and ammunition despite being prohibited by prior felony convictions in the State of California.

## II. PROBABLE CAUSE

**September 22, 2026 – Michai ADAMS found to be in possession of a firearm and ammunition during a search of ADAMS' Residence .**

17. On September 22, 2026, uniformed members of the California Highway Patrol (CHP)[2] arrived at **ADAMS's** residence located at 5012 W. Athens Avenue for the purpose of conducting a search pursuant to **ADAMS** post release community supervision terms[3] (PRCS[4]).

18. CHP Officers knocked on the door of the residence and announced their purpose to the occupants of the residence. During this time, an individual opened the blinds of a window on the west side of the residence and appeared to observe CHP Officers at the front door.

19. Immediately after this observation, CHP Officers heard a loud "thud" on the east side of

---

[2] CHP Central Division's Investigative Services Unit (ISU).

[3] **ADAMS'** search terms include **ADAMS'** person and property.

[4] **ADAMS** was placed on PRCS upon **ADAMS** release from State of California custody on February 20, 2026. **ADAMS** is currently on PRCS until June 12, 2029.

the residence that sounded like a heavy item hitting the floor. Shortly thereafter, **ADAMS** opened the front door of the residence. CHP Officers immediately recognized **ADAMS** from **ADAMS'** previous booking photographs. **ADAMS** was detained in handcuffs and searched. An Orange iPhone[5] was seized from **ADAMS'** left hand while no other contraband was found on **ADAMS'** person. **ADAMS** stated **ADAMS'** grandmother also lived in the residence and had dementia.

20. A search of the residence was conducted, and investigators discovered a firearm on the floor of a closet near the primary bedroom[6] (pictured below).



[5] CHP Officers authored a search warrant for this device and are currently reviewing the data downloaded from it.

[6] This bedroom was in the same area that CHP Officers heard the "thud" noise prior to gaining entry to the residence.

21. CHP Officers identified the firearm as a Glock 45, chambered in 9mm, with a serial number of BKLV151. Attached to the firearm was a large capacity magazine that contained 32 rounds of 9mm ammunition[7] and an automatic sear switch which was affixed to the rear of the firearm.




22. Based on my training and experience, I know that automatic sear switches convert semi-automatic firearms into automatic firearms. Possession of this device is a violation of California Penal Code section(s) 32625, a felony in the State of California.

23. CHP Officers conducted a search of the firearm's serial number though law enforcement databases and found that the firearm was reported stolen in Reno, NV[8]. CHP Officers continued to search the bedroom where the firearm was located and found medication prescribed to "Michai Adams"

[7] One round chambered in the firearm, thirty-one rounds in the magazine. The ammunition contained the following information engraved on the headstamp: "FC 9mm LUGER"

[8] Reno Police Department case 21-13387.

on the dresser.

24. CHP Officers contacted **ADAMS'** grandmother and asked her if she had any firearms. **ADAMS'** grandmother responded, "I don't know, why?"

25. CHP Officers concluded that **ADAMS** possessed a firearm despite being a prohibited person in the State of California, and arrested **ADAMS** based on the following facts: The firearm was located in a bedroom that **ADAMS** had access to, and **ADAMS'** admission that the **ADAMS** possessed the firearm for **ADAMS'** protection. **ADAMS** was transported to the Fresno CHP Office where an interview was conducted. **ADAMS** was advised of **ADAMS'** rights pursuant to the *Miranda* Decision and **ADAMS** related **ADAMS** understood these rights by stating, "Mhmm, yeah." **ADAMS** initially denied ownership of the firearm and stated, "Shorty (**ADAMS'** grandmother) has a gun license." **ADAMS** would later recant this statement and admitted to CHP Officers that **ADAMS** kept the firearm for protection. **ADAMS** then stated, "I know it's illegal," and "I understand it's illegal."

26. I contacted Federal Bureau of Alcohol, Tabacco and Firearms (ATF) Special Agent (SA) Sahil Sharma and asked him to render an opinion of the firearm found in **ADAMS'** residence. ATF SA S. Sharma related the Glock, Model 45, chambered in 9mm, bearing serial number BKLV151 was manufactured outside of the State of California. Furthermore, it is ATF SA S. Sharma's opinion that if the firearm was found in the State of California, it would have traveled in and/or affected interstate and/or foreign commerce.

27. I conducted a criminal history check of **ADAMS** and found that **ADAMS** had multiple felony convictions. These convictions included a 2020 felony conviction of California Penal Code section 245(a)(2)[9], a 2023 felony conviction for California Penal Code section(s) 245(a)(2)[10], and a 2026 felony conviction of California Penal Code section(s) 29800(a)(1)[11].

---

[9] Assault with a deadly weapon. Alameda County Juvenile case JV03002103. **ADAMS** was sentenced to 172 months of probation.

[10] Assault with a deadly weapon. Alameda County Juvenile case JV03002105. **ADAMS** was sentenced to 100 months of probation.

[11] Felon in possession of a firearm. Alameda County Superior Court case 25-CR-004639. **ADAMS** was sentenced to 2 years in prison.

28. Based on the CHP Officers' physical observations, **ADAMS'** prior felony convictions, and the opinions of ATF SA. S. Sharma, I believe **ADAMS'** possessed a firearm and ammunition, in violation of Title 18, United States Code Sections 922(g)(1).

## III. <u>CONCLUSION</u>

29. Based on the totality of facts set forth in this affidavit, I believe there is probable cause to believe that the defendant committed the violations as described above.

30. I respectfully request the issuance of an arrest warrant for the individual listed above.

I declare under penalty of perjury that the facts contained herein are true and correct to the best of my knowledge and belief.

Brandon Thompson

Brandon Thompson, Task Force Officer
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 41.1, by internet/ telephone on **Oct 22, 2026**

Erica P. Grosjean

The Honorable Erica P. Grosjean
United States Magistrate Judge

Approved as to form and substance:

<u>/s/ Kaitlyn Tobin</u>
Kaitlyn Tobin
Assistant United States Attorney